U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2009 MAY -4 AM 10: 20

BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT

| | |
|---|---|
| GEORGE GRIFFIN, JR., <br>     Plaintiff, <br><br> v. <br><br> CITY OF RUTLAND, and EDWARD DUMAS, personally and in his official capacity. <br>     Defendants | Civil Case No. 1:08-cv-209-jgm |

## DISCOVERY CERTIFICATE

Defendant Edward Dumas, by and through his counsel, English, Carroll, & Boe, P.C., and pursuant to F.R.C.P. 5(d), certify that on the 1st day of May, 2009, Joint F.R.C.P. 26(b) Expert Disclosure of Robert Reardon, M.D., was mailed by first class mail, postage prepaid to the following counsel of record:

Matthew S. Branchaud, Esquire
Abatiell Associates, P.C.
One Justice Square
Rutland, VT 05701

Nancy G. Sheahan, Esquire
McNeil, Leddy & Sheahan, P.C.
271 South Union Street
Burlington, VT 05401

DATED at Middlebury, Vermont this 1st day of May, 2009.

ENGLISH, CARROLL & BOE, P.C.

BY: _____ /s/ SFC
James F. Carroll, Esquire
Attorneys for Defendant Edward Dumas
64 Court Street
Middlebury, VT 05753
(802) 388-6711

ENGLISH, CARROLL
& BOE, P.C.
64 COURT STREET
MIDDLEBURY, VT 05753
(802) 388-6711
FAX 388-2111